IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY DALE CHAVERS**     **PLAINTIFF**
**ADC #168241**

**VS.**     **4:22-cv-00967-BRW**

**DOES**     **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 29th day of December 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1